IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JOHN W. DIXON | ) | Civil No. C10-5490 JRC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION |
| | ) | OF TIME AND AMENDING |
| v. | ) | BRIEFING SCHEDULE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |

Based upon the Stipulation between the parties, it is hereby ORDERED that the Briefing Schedule shall be amended as follows:

Plaintiff shall have an extension to and including November 2, 2010 to file Plaintiff's Opening Brief.

Defendant shall have to and including November 30, 2010 to file Defendant's Responsive Brief.

Plaintiff shall have to and including December 14, 2010, to file Plaintiff's Reply Brief and oral argument, if desired, shall be requested by December 21, 2010.

DATED this 29th day of October 2010.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER  [C10-5490 JRC] -1
Page 1