1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN W. DIXON,

   Plaintiff,

  vs.

MICHAEL J. ASTRUE, Commissioner of
Social Security

   Defendant.

CASE NO. C10-5490 JRC

ORDER EXTENDING BRIEFING
SCHEDULE

  BASED upon the motion of defendant (ECF No. 20) and with no objections from the

plaintiff, the Court hereby directs counsel to conform to the following amended briefing

schedule:

  Defendant's responsive brief shall be due on or before December 28, 2010;

  Plaintiff's optional reply shall be due on or before January 11, 2011; and

  Oral argument, if desired, shall be requested by January 18, 2011.

  DATED this 30th day of November, 2010.


_____

J. Richard Creatura
United States Magistrate Judge