1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

JOHN W. DIXON,

     Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

Civil No.   3:10-cv-05490-JRC

ORDER REVERSING AND
REMANDING

16

17

18

19

20

       This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

Magistrate Judges' Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate

Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate

Judge, ECF No. 11.) This matter is before this Court on parties' Stipulated Motion for Remand.

(ECF No. 23.)

21

22

23

24

       Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision

in regard to Plaintiff's applications for disability insurance benefits under Title II and

Supplemental Security Income benefits under Title XVI of the Social Security Act be

REVERSED and REMANDED to the Commissioner of Social Security for further

administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge will give further consideration to the treating medical source opinion of Tresha Dronen, D.O.; give further consideration to the nonexamining medical source opinion(s) of record; consider all third party testimony and written statements; further evaluate the claimant's subjective complaints; further consider the claimant's residual functional capacity; further evaluate the claimant's work history and which of the claimant's previous jobs constitute past relevant work; and if warranted by the expanded record, obtain supplemental evidence from a vocational expert.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. §§ 1920, 2412(d).

DATED this 5th day of January 2011.

J. Richard Creatura
United States Magistrate Judge