# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN W. DIXON,
       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  C10 5490 JRC

MICHAEL J. ASTRUE,
       Defendant.

☐   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**.   This action came to consideration before the Court.   The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

This matter be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 5th day of January, 2011.

                                                         WILLIAM M. McCOOL
                                                              Clerk

                                           /s/ Sandra E. Claggett
Deputy Clerk