IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOHN W. DIXON, | ) | Civil No. 3:10-cv-5490-JRC |
| | ) | |
| Plaintiff, | ) | ORDER FOR EAJA |
| | ) | ATTORNEY FEES AND COSTS |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration | ) | |
| | ) | |
| Defendant | ) | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11.) This matter is before the Court on the parties' stipulated motion for EAJA Fees and Costs. (ECF No. 26.)

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,012.14, expenses in the amount of $67.55, for a total of $4,079.69, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $363.00

ORDER  [3:10-cv-5490-JRC] -1

should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.  The check(s) shall be mailed to Plaintiff's attorney's office:  Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 5th day of April 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER  [3:10-cv-5490-JRC] -2